**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1427

DANNY STARKS,

Plaintiff - Appellant,

versus

DONALD H. RUMSFELD, Secretary, Department of
Defense,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (CA-04-171-5)

Submitted:  August 25, 2005          Decided:  August 31, 2005

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danny Starks, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Danny Starks appeals the district court's order granting the defendant's motion for summary judgment in his civil action in which he alleged employment discrimination claims in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Starks v. Rumsfeld, No. CA-04-171-5 (E.D.N.C. Mar. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -